IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-846-BO-RJ

SHELTON PAGE and TAMARAH )
INVESTMENTS CORP., )
        Plaintiffs, )
)
v. ) O R D E R
)
RUSSELL HUTCHINSON, *et al.*, )
        Defendants. )

This cause comes before the Court on plaintiffs' motion to amend the complaint. [DE 5]. Fed. R. Civ. P. 15 provides that a party may amend his pleading once as a matter of right within twenty-one days of serving it or within twenty-one days of service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1). The original complaint was filed on May 14, 2025, and the motion to amend was filed on May 22, 2025. Plaintiffs thus could have filed an amended complaint as of right, and no leave was required. However, as plaintiffs have sought leave to amend, the Court GRANTS the motion. [DE 5]. Plaintiffs shall file a signed copy of the amended complaint not later than July 14, 2025.

In light of the foregoing, the motion to dismiss the original complaint filed by defendant Jacobson [DE 11] is DENIED without prejudice as MOOT. Defendants Russell Hutchinson's and Ally Financial Bank's time for filing an answer or otherwise responding to the complaint is hereby EXTENDED through and including August 1, 2025.

Additionally, the Court NOTIFIES plaintiffs that, while an individual may appear for himself *pro se*, a business entity may not appear in this Court without duly licensed counsel. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Counsel*, 506 U.S. 194, 202 (1993); *see*

*also RZS Holdings AVV v. PDVSA Petroleo S.A.*, 506 F.3d 350, 354 n.3 (4th Cir. 2007); Local Civil Rule 5.2(b)(2). Plaintiff Page does not appear to be an attorney licensed to practice in this district. Accordingly, plaintiff Tamarah Investments Corp. may not proceed in this action *pro se* or represented by plaintiff Page, unless Page demonstrates that he is a duly licensed attorney. Plaintiffs shall cure this deficiency by the time of filing of the amended complaint.

SO ORDERED, this **3** day of July 2025.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2

Case 7:25-cv-00846-BO-RJ    Document 16    Filed 07/03/25    Page 2 of 2